# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

KEVIN FOLSE, and
OSCAR R. OREJEL,

    Plaintiffs,

v.                                                                                                 No. 17-cv-0387 JB/SMV

D'ANGELO CHAPARRO WILSON, AARON VIGIL,
DEPARTMENT OF CORRECTIONS,
and GERMAN FRANCO,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE
## AS TO PLAINTIFF OREJEL

THIS MATTER is before the Court sua sponte. Plaintiffs originally brought this proceeding pro se. Plaintiffs, however, did not pay the filing fee and did not seek leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. On November 2, 2107, the Court entered an Order to Show Cause, ordering Plaintiffs to show cause, within 21 days of entry of the order, why this proceeding should not be dismissed for failure to pay the required fees, or submit an application to proceed without prepayment of fees or costs. [Doc. 3]. Plaintiff Orejel has now retained counsel and, on November 13, 2017, paid the full filing fee. *See* [Doc. 4]. The Court will quash the Order to Show Cause as to Plaintiff Oscar R. Orejel.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Order to Show Cause entered November 2, 2017 [Doc. 3] is QUASHED as to Plaintiff Oscar R. Orejel.

**IT IS SO ORDERED**.

                                                                                              _____
                                                                                              **STEPHAN M. VIDMAR**
                                                                                              **United States Magistrate Judge**